UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| SONDRA CHANDLER, | ) | Civil Action Number:  0:20-cv-1625-JD-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 9th day of February, 2021, upon consideration of the Defendant's Motion to Remand and any response thereto, it is hereby **ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).


s/Joseph Dawson, III
Honorable Joseph Dawson, III
United States District Judge

Greenville, South Carolina